**ARKANSAS WAREHOUSE, INC.,
Plaintiff-Appellant**

v.

**SAINT-GOBAIN CERAMICS &
PLASTICS, INC., Defendant-
Appellee**

No. 16-4218

United States Court of Appeals,
Eighth Circuit.

Submitted: June 12, 2017

Filed: June 15, 2017

Joseph F. Gilker, Gilker & Jones, Mountainburg, AR, for Plaintiff-Appellant

Stephen Neal Joiner, Byron Jansen Walker, Rose Law Firm, Little Rock, AR, for Defendant-Appellee

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

In this diversity action for unjust enrichment, Arkansas Warehouse, Inc. appeals the district court's[1] grant of for summary judgment to defendant-appellee Saint-Gobain Ceramics & Plastics, Inc.

After careful *de novo* review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the    Western District of Arkansas.

Cir. 2006), we conclude that the district court's disposition of the cross-motions for summary judgment was appropriate for the reasons stated its opinion and order. Accordingly, we affirm. *See* 8th Cir. R. 47B.